**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CR NO: 2:16-CR-0170 GEB

DESMOND DAMON PIERCESON,

    Defendant.

**FILED**
FEB 14 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**SEALED**

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: Desmond Damon Pierceson
Detained at: Sierra Conservation Center (Jamestown, CA)

Detainee is:
- a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
  charging detainee with: 18 U.S.C. § 922(a)(1)(A) – unlawful dealing of firearms
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☐ return to the custody of detaining facility upon termination of proceedings
- or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ Owen Roth
Printed Name & Phone No: Owen Roth – (916) 554-2700
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: Feb. 14, 2017

_____
Honorable Deborah L. Barnes
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male ☐ Female | |
| Booking or CDC #: | CDCR No. AZ9841 | DOB: | 1994 |
| Facility Address: | 5100 O'Byrnes Ferry Rd, Jamestown CA | Race: | African-American |
| Facility Phone: | (209) 984-5291 | FBI#: | 95219XD6 |
| Currently | In Custody | | |

## RETURN OF SERVICE

Executed on: _____

(signature)