PHILLIP A. TALBERT
United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DESMON DAMON PIERCESON,<br><br>Defendant. | CASE NO. 2:16-CR-00170 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: May 19, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record, hereby stipulate as follows:

1. This matter is set for a status conference on May 19, 2017. By this stipulation, the parties now seek to vacate the May 19 date and continue the status conference to June 30, 2017, and to exclude time between May 19, 2017 and June 30, 2017, under Local Code T4.

2. The parties agree and stipulate, and request that the Court find the following:

    a) The Government has provided discovery comprising fifty-one pages of reports and twelve discs containing photos, audio, and visual evidence.

    b) Counsel for Defendant is consulting with Defendant about how to proceed with the case, and will need time to review the discovery with Defendant and consult further on how to proceed. Counsel for Defendant has exercised due diligence but requires additional time.

c) The parties submit that failure to grant the requested continuance would deny defense counsel reasonable time to consult with his client and assess how to proceed with this case, taking into account the exercise of due diligence.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and Defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 19, 2017 to June 30, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and Defendant in a speedy trial.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 17, 2017                     PHILLIP A. TALBERT
                                        United States Attorney


                                        /s/ OWEN ROTH
                                        OWEN ROTH
                                        Assistant United States Attorney

Dated: May 17, 2017                     /s/ MARK REICHEL
                                        MARK REICHEL
                                        Counsel for Defendant
                                        DESMON DAMON PIERCESON

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: May 18, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge