REICHEL & PLESSER LLP
MARK J. REICHEL, State Bar #155034
455 Capitol Mall, Ste. 802
Sacramento, CA 95814
Telephone: (916) 498-9258

Attorney for DESMON PIERCESON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>DESMON PIERCESON<br><br>                Defendant. | CASE NO. 16-0170 GEB<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE<br><br>DATE: July 28, 2017<br>TIME: 9:00 a.m.<br>HON GARLAND E. BURRELL JR. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, the undersigned Assistant United States Attorney, attorney for Plaintiff, and the undersigned attorney for defendant, that the STATUS CONFERENCE shall be re calendared for July 28, 2017. Defense counsel needs the additional time to review discovery, explore potential defenses, and conduct legal research and factual development. Accordingly, all counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through July 21, 2017 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4 in that the

1

granting of the continuance serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial.

Dated: June 29, 2017      */s/ Mark J. Reichel*

By:   MARK J. REICHEL
       Attorney for Defendant

PHILLIP J. TALBERT
United States Attorney

*/s/ Mark J. Reichel for*

OWEN ROTH
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED**. TIME IS EXCLUDED AS SET FORTH ABOVE.

Dated: June 29, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2