PHILLIP A. TALBERT
United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00170 GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| DESMON DAMON PIERCESON, | DATE: July 28, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record, hereby stipulate as follows:

1. This matter is set for a status conference on July 28, 2017. By this stipulation, the parties now seek to vacate the July 28 date and continue the status conference to September 8, 2017, and to exclude time between July 28, 2017 and September 8, 2017, under Local Code T4. The Court has previously continued status conferences in this matter, moving the conference from May 18 to June 30, and then to July 28.

2. The parties agree and stipulate, and request that the Court find the following:

   a) The Government has provided discovery comprising fifty-one pages of reports and twelve discs containing photos, audio, and visual evidence.

   b) Counsel for Defendant is consulting with Defendant about how to proceed with

the case, and needs additional time to review the discovery with Defendant and consult further on how to proceed.  Counsel for Defendant has exercised due diligence but requires additional time.

   c)   The Government anticipates providing a plea offer to Defendant in the coming days, and defense counsel will need time to review the offer with Defendant and discuss whether and on what terms to resolve the case.

   d)   The parties submit that failure to grant the requested continuance would deny defense counsel reasonable time to consult with his client and assess how to proceed with this case, including a possible resolution, taking into account the exercise of due diligence.

   e)   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and Defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 28, 2017 to September 8, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and Defendant in a speedy trial.

3.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

must commence.

IT IS SO STIPULATED.

Dated: July 26, 2017                    PHILLIP A. TALBERT
                                        United States Attorney

                                        /s/ OWEN ROTH
                                        OWEN ROTH
                                        Assistant United States Attorney

Dated: July 26, 2017                    /s/ MARK REICHEL
                                        MARK REICHEL
                                        Counsel for Defendant
                                        DESMON DAMON PIERCESON

### FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: July 27, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge