UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 16, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DESMON DAMON PIERCESON,<br><br>Defendant. | Case No.  2:16-cr-00170-WBS<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  DESMON DAMON PIERCESON, Case No.  2:16-cr-00170-WBS  Charge 18 U.S.C. § 3606, from custody for the following reasons:

     X    Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

      _____ Unsecured Appearance Bond $ _____

      _____ Appearance Bond with 10% Deposit

      _____ Appearance Bond with Surety

      _____ Corporate Surety Bail Bond

      _____ (Other):

Issued at Sacramento, California on April 16, 2021 at 3:35 p.m.

By: _/s/ Jeremy D. Peterson_
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE